JS 44   (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Montara Water and Sanitary District

## DEFENDANTS

County of San Mateo/
The United States of America, Intervenor

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

See Attachment.

Attorneys (If Known)

See Attachment.

E-filing   BZ   ADR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [X] 2  U.S. Government ~~Defendant~~ Intervenor
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [X] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [X] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [X] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 another district (specify)  *Transferred from*
- [ ] 6 Multidistrict Litigation
- [ ] 7 Judge from Magistrate Judgment  *Appeal to District*

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §§ 1331, 1441(a), 1441(b), 1441(f), and 2409a

Brief description of cause:
Removal of eminent domain action on behalf of Intervenor USA

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE  6/5/08

SIGNATURE OF ATTORNEY OF RECORD   *Paul Mull for Charles O'Connor*

ATTACHMENT TO CIVIL COVER SHEET

Case:   *Montara Water and Sanitary District v. County of San Mateo,*
        *The United States of America, Intervenor.*
Santa Clara County Superior Court Case No. 1-07-CV-088793

---

Attorneys for Plaintiff Montara Water and Sanitary District:
        Herman H. Fitzgerald
        Christine C. Fitzgerald
        Law Offices of Herman H. Fitzgerald
        345 Lorton Avenue, Suite 302
        Burlingame, California 94010
        Tel: (650) 348-5195
        Fax: (650) 348-3518

        David E. Schricker
        Law Offices of David E. Schricker
        20370 Town Center Lane, Suite 100
        Cupertino, California 95014
        Tel: (408) 517-9923
        Fax: (408) 252-5906

---

Attorneys for Defendant County of San Mateo:
        Thomas F. Casey III, County Counsel
        David A. Levy, Deputy County Counsel
        Hall of Justice and Records
        400 County Center, 6th Floor
        Redwood City, California 94063
        Tel: (650) 363-4756
        Fax: (650) 363-4034

---

Attorneys for Intervenor United States of America:
        Charles M. O'Connor (SBN 56320)
        Assistant United States Attorney
        United States Attorney's Office
        450 Golden Gate Avenue, 9th Floor
        P.O. Box 36055
        San Francisco, California 94102-3495
        Tel:  (415) 436-7180
        Fax: (415) 436-6748

1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (SBN 88143)
     Chief, Civil Division
3    CHARLES M. O'CONNOR (SBN 56320)
     Assistant United States Attorney
4    450 Golden Gate Avenue, 9th Floor
     P.O. Box 36055
5    San Francisco, California 94102-3495
     Tel: (415) 436-7180
6    Fax: (415) 436-6748

7    Attorneys for Intervenor United States of America

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION                    **BZ**

11   MONTARA WATER AND SANITARY        )
     DISTRICT,                         )
12                                     )   **CV 08    2814**
                         Plaintiff,    )   CASE NO. C-
13                                     )
              v.                       )   NOTICE OF REMOVAL
14                                     )
     COUNTY OF SAN MATEO, a political  )
15   subdivision of the State of California; and )
     Does 1 to 20, inclusive,         )
16                                     )
                         Defendants.   )
17   _____)
                                       )
18   THE UNITED STATES OF AMERICA,     )
                                       )
19                         Intervenor. )
20   _____)

21        TO:   Clerk, Superior Court of California
                County of Santa Clara
22              191 - 1st Street
                San Jose, California 95113

23              Herman H. Fitzgerald
                Christine C. Fitzgerald
24              Law Offices of Herman H. Fitzgerald
                345 Lorton Avenue, Suite 302
25              Burlingame, California 94010

26              David E. Schricker
                Law Offices of David E. Schricker
27              20370 Town Center Lane, Suite 100
                Cupertino, California 95014
28                       Attorneys for Plaintiff

     NOTICE OF REMOVAL
     Montara Water and Sanitary District v.
     County of San Mateo et al.                      1



E-filing

1

2  Thomas F. Casey III, County Counsel
   David A. Levy, Deputy County Counsel
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, California 94063
4           Attorneys for Defendant County of San Mateo

5       PLEASE TAKE NOTICE that on this day Case No. 1-07-CV-088793, pending in the Santa

6  Clara County Superior Court, is being removed to the United States District Court for the Northern

7  District of California, pursuant to pursuant to 28 U.S.C. §§ 1331, 1441(a), 1441(b), 1441(f), and

8  2409a on behalf of intervenor United States of America. Upon direction by the Attorney General of

9  the United States, the undersigned attorneys hereby present the following facts to the Judges of the

10 United States District Court for the Northern District of California.

11      1. On June 18, 2007, defendant County of San Mateo removed this eminent domain action to

12 the United States District Court for the reason that the action implicated an interest of the United

13 States in certain portions of the Half Moon Bay Municipal Airport, land in which the United States

14 has a reversionary interest pursuant to a September 26, 1947 Quitclaim Deed. The action was

15 docketed as Case No. C 07-3176 JF. A copy of the state court complaint is attached as Exhibit A.

16      2. On October 9, 2007, this action was remanded to the Santa Clara Superior Court, without

17 prejudice. The district court found that the removal was improper because the United States had not

18 sought to intervene for the purpose of claiming an interest in the outcome of the case.

19      3. On December 13, 2007, the plaintiff obtained an order of possession covering certain

20 parcels within the subject property from the Santa Clara Superior Court.

21      4. On December 21, 2007, the United States served a Notice of Intent to Revert Property on

22 the defendant.

23      5. On March 21, 2008, the United States exercised its reversionary fee simple interest in the

24 subject property and filed a Notice of Reverter with the Recorder's Office, County of San Mateo.

25      6. On April 16, 2008, the United States moved to intervene in the Superior Court action on

26 behalf of the Federal Aviation Administration because it is the current fee owner in the subject real

27 property and therefore has a paramount interest in the subject real property.

28 //

NOTICE OF REMOVAL
Montara Water and Sanitary District v.
County of San Mateo et al.                    2

1    7. On June 4, 2008, the Superior Court granted the United States' motion to intervene. A

2  copy of the Order granting the federal government's motion to intervene is attached as Exhibit B.

3    8. This is an action which may be removed to the federal district court on behalf of intervenor

4  United States of America because it involves a federal question. Original jurisdiction lies in the

5  district courts under 28 U.S.C. § 1331 (civil actions arising under the Constitution, laws or treaties of

6  the United States), 28 U.S.C. § 2409a (quiet title actions in which the United States claims an

7  interest), and other applicable authorities.

8    9. A copy of this Notice is being filed with the Clerk of the Santa Clara County Superior

9  Court. That filing will automatically effect the removal of the action in its entirety to this Court for

10  all future proceedings.

11                                    Respectfully submitted,

12                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney

13

14
    Dated: _____June 5_____, 2008    By: _____Sara Mue · for_____

15                                    CHARLES M. O'CONNOR
                                      Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL
Montara Water and Sanitary District v.
County of San Mateo et al.                    3

**EXHIBIT  A**

1 | HERMAN H. FITZGERALD, #33131
2 | CHRISTINE C. FITZGERALD, #131531
LAW OFFICES OF HERMAN H. FITZGERALD
3 | A Professional Corporation
345 Lorton Avenue, Suite 302
4 | Burlingame, CA 94010
Telephone: (650) 348-5195
5 | Facsimile: (650) 348-351
*fitzgeraldlaw@sbcglobal.net*

**ENDORSED FILED**
SAN MATEO COUNTY

MAY 1 7 2007

Clerk of the Superior Court
By __M. Javilloner__
DEPUTY CLERK

6 | DAVID E. SCHRICKER, #36534
7 | LAW OFFICES OF DAVID E. SCHRICKER
20370 Town Center Lane
8 | Cupertino, CA 95014
Phone:    (408) 517-9923
9 | Facsimile: (408) 252-5906
*dschricker@schrickerlaw.com*

*Exempt From Filing Fees Pursuant*
*To Government Code section 6310*

10 | Attorneys For Plaintiff
11 | MONTARA WATER & SANITARY DISTRICT

12

13 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

14 | IN AND FOR THE COUNTY OF SAN MATEO

15 | CIVIL UNLIMITED JURISDICTION

16

17 | MONTARA WATER AND SANITARY
DISTRICT, a public body,

18 | Plaintiff,

19 | v.

20 | COUNTY OF SAN MATEO, a political
subdivision of the State of California; and DOES
21 | 1 to 20, inclusive,

22 | Defendants.

23

No. **CIV 4 6 3 0 6 8**

**COMPLAINT IN EMINENT
DOMAIN**

(CCP §§ 1250.310; 1240.110;
1240.125; 1240.510; 1240.610;
1240.650; 1240.660)

APN: 037-292-030 (portion)

24 | Plaintiff, MONTARA WATER AND SANITARY DISTRICT, complains of Defendants,

25 | and for cause of action alleges:

26 | 1.     Plaintiff, the MONTARA SANITARY DISTRICT ("Plaintiff" or "Montara"),

27 | is now, and at all times relevant hereto, a sanitary district established pursuant to the Sanitary

28

1

COMPLAINT IN EMINENT DOMAIN

District Act of 1923, Health & Safety Code §§ 6400, et. seq., a public agency providing water and sanitary service to the unincorporated communities of Moss Beach and Montara, including surrounding communities in the County of San Mateo, State of California, and is by law vested with the authority to exercise the power of eminent domain to acquire property for water purposes pursuant to the Eminent Domain Law, Code of Civil Procedure ("CCP") §§ 1230.010, et. seq., of the State of California, and is empowered with all the additional powers of a county water district pursuant to Health & Safety Code § 6512.7 to do any act necessary to furnish sufficient water for present or future beneficial use, including the power to acquire, operate, finance, and control water rights, works, real property rights and privileges, useful or necessary to convey, supply, store or make use of water for any useful purpose, all in the same manner as county water districts formed under the County Water District Law (Division 12, commencing with Section 30000, of the Water Code),

2.      Plaintiff owns and operates a public drinking water system which, *inter alia*, provides potable water to residents and businesses in and around Montara, California, including water to Defendant County of San Mateo at its *Half Moon Bay Municipal Airport* ("Water System"). Montara's Water System includes three (3) drinking water production ground wells known as the "Airport Wells" which draw from one or more groundwater aquifers in the San Vicente/Denniston Creek Sub-Basin. The Airport Wells together supply approximately sixty-percent (60%) of the potable water delivered by the Water System. Among other things, Plaintiff's Water System includes the right of Plaintiff to appropriate and use groundwater for drinking water supplies from the Airport Wells.

3.      The Airport Wells and water rights have been owned and operated by Plaintiff (and its predecessors) at the Half Moon Bay Airport since about 1943, prior to the transfer of the airport property to the Defendant County of San Mateo by the Federal government in 1948.  Plaintiff has a *Revocable Encroachment Permit* (REP) from the Defendant to operate and maintain the Airport Wells on County land and the operation of the Airport Wells does not interfere with airport operations; moreover, the Federal Aviation Administration ("FAA") has permitted the use of the

2

COMPLAINT IN EMINENT DOMAIN

or lease long-term the land upon which the wells sit from the County so that it can receive funding from the State and comply with Plaintiff's operating permit issued by the State of California, which requires fee ownership of the land upon which the Airport Wells sit.

3.    Because Plaintiff has continuously owned, operated and maintained the Airport Wells, including the water rights, and because the wells provide an essential and major part of the community's water supply, it is necessary that Plaintiff acquire the real property, access to the real property, easements and water rights, if any, and any above or below surface right to the water extracted from the wells, in and to lands upon which Airport Wells are located at the County of San Mateo's Half Moon Bay Municipal Airport ("Airport Wells Sites" or "subject property"). The acquisition, however, does not include any interest of the Federal Government and the acquisition would be subject to the interests of the Federal Government.

4.    The subject property is being acquired for a compatible use under CCP § 1240.510 in that Montara's use of the subject property will not interfere with or impair the continued public use as it now exists or may reasonably be expected to exist in the future, or, in the alternative, for a more necessary public use under CCP §§ 1240.610 and 1240.650 in that Montara's use of the subject property is a more necessary public use than the use to which the subject property is appropriated or might be appropriated.

5.    Plaintiff is authorized to exercise the power of eminent domain for the purposes for which the herein described property is being acquired by virtue of Health & Safety Code § 6512.7, Water Code §§ 31001, 31020, 31021, 31022, 31040, 31041, 31042, and 31047, and Code of Civil Procedure §§ 1230.020, 1240.010, 1240.020, 1240.110, 1240.120(a), 1240.125, 1240.510 1240.610 and 1240.650.

6.    The public use for which the herein described subject property is being acquired is so that Plaintiff can maintain an assured and stable property interest in the Airport Wells and the water rights therein which is absolutely necessary for the continual operation, improvement and maintenance of the Airport Wells and Plaintiff's Water System as a whole, which use by Plaintiff is

3

COMPLAINT IN EMINENT DOMAIN

1    a more necessary use than that by Defendant, and is a use authorized by law; the taking by plaintiff

2    of all right, title and interest in and to said subject property for the purposes herein set forth is

3    necessary to such use.

4        7.    Prior to the commencement of this action, and after due notice and opportunity to be

5    heard pursuant to Code of Civil Procedure § 1245.235, at a meeting of the Board of the Montara

6    Water & Sanitary District, duly and regularly convened at Montara, California on April 19, 2007

7    said Board duly and regularly passed and adopted, by a vote of not less than two-thirds (2/3's),

8    Resolution No.1387 stating and determining that public interest and necessity require the

9    acquisition of the lands, easements, property rights, water rights, if any, of Defendant as set forth in

10   said Resolution and as more particularly described in the exhibits attached hereto, for the continual

11   operation of the Airport Wells and the Water System; (b) the proposed project, i.e., acquisition and

12   continual operation by plaintiff, is planned and located in the manner that will be most compatible

13   with the greatest public good and the least private injury; (c) the property sought to be acquired is

14   necessary for the project; (d) the offer required by Section 7267.2 of the Government Code has

15   been made to the owner or owners of record; and (e) that the use to be made by Plaintiff is a more

16   necessary public use than the existing use by the Defendant; the Resolution is attached hereto as

17   Exhibit A and incorporated by this reference in this paragraph as though set forth at length herein.

18       8.    Plaintiff seeks to condemn by this proceeding the real property interests described

19   in said Resolution; the real property involved herein is a portion of San Mateo Assessor Parcel

20   Number 037-292-030, more particularly designated and described in Exhibit B; the water system,

21   the real property and interests in the real property sought to be acquired herein are more fully

22   described and depicted on Exhibit A, B, and C, attached hereto and incorporated in this paragraph as

23   though set forth at length herein.

24       9.    The location of the subject property sought to be acquired herein and its relation to

25   the project, insofar as practicable, is illustrated on the map attached hereto as Exhibit C and

26   incorporated in this paragraph as though set forth at length herein.

27       10.   As much of the property described herein lies within the boundaries of streets and

28
                                         4

1  highways is subject to an easement or prescriptive right of the public for use for such purpose.

2      11.    The names and capacities of all owners of and claimants to the said water system

3  sought to be condemned herein, insofar as known to the Plaintiff, are set forth below.

4      12.    Plaintiff has set opposite the name of said Defendants, for the convenience of the

5  Court and parties, and not as allegations to which Plaintiff intends to be bound, a statement of his,

6  her or their respective interest or claim of interest in said parcels.

7  NAME OF DEFENDANTS                            INTEREST

8  County of San Mateo                                Owner

9  Does One through Doe Twenty                   Unknown

10      13.    Plaintiff is informed and believes and on such information and belief alleges that

11  Defendants DOE ONE through DOE TWENTY, inclusive, have, or claim to have, an interest in said

12  parcels of land, the exact nature of which is unknown to Plaintiff.  The true names or capacities,

13  whether individual, corporate, associate, or otherwise of Defendants DOE ONE through DOE

14  TWENTY, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names,

15  and will ask leave to amend this complaint to show their true names and capacities and state of

16  incorporation when the same have been ascertained.

17      14.    The subject property is subject to liens for ad valorem taxes which must be paid out

18  of the just compensation awarded herein pursuant to Section 5083 of the Revenue and Taxation

19  Code of the State of California.

20      WHEREFORE, plaintiff prays judgment as follows as follows:

21      1.    That the subject property described in Exhibits A, B and C hereof, be condemned to

22  Plaintiff's use for the purposes set forth in the aforesaid Resolution of the Board of the Montara

23  Water & Sanitary District;

24      2.    That the Defendants be required to set forth the nature of their right, title, interest

25  and claim in and to the subject property sought to be condemned and that the same be determined

26  by this Court and said subject property be condemned to the Plaintiff's use;

27      3.    That just compensation for such taking thereto be ascertained and assessed;

28  
5

COMPLAINT IN EMINENT DOMAIN

1

4.     That the reasonable value of all liens and encumbrances against the subject property

2

sought to be condemned be ascertained, deducted from said judgment, and be ordered paid to the

3

persons thereunto entitled, if any; and

4

5.     For such other and further relief as is appropriate under the facts and law herein.

5

Dated: May 16, 2007.

6

LAW OFFICES OF HERMAN H. FITZGERALD
A PROFESSIONAL CORPORATION

7

8

By: _____
         CHRISTINE C. FITZGERALD
         AttorneyS for Plaintiff

9

10

Complaint.Final

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT IN EMINENT DOMAIN

**EXHIBIT  B**

1

2

3

(ENDORSED)
**FILED**
JUN 0 4 2008

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
BY _____ DEPUTY

4

5

6

7

8                  SUPERIOR COURT OF CALIFORNIA

9                    COUNTY OF SANTA CLARA

10

11   MONTARA WATER AND SANITARY          Case No.      1-07-CV-088793
     DISTRICT,
12                        Plaintiff,     ORDER RE:  MOTION FOR LEAVE TO
                                         INTERVENE IN PENDING ACTION
13   vs.

14

15   COUNTY OF SAN MATEO, et al.,

16                        Defendants.

17

18          The Motion for Leave to Intervene in Pending Action by Intervenor United States of

19   America came on for hearing before the Honorable Mary Jo Levinger on May 29, 2008, at 9:00

20   a.m. in Department 5.  The matter having been submitted, the Court orders as follows:

21       The Motion is GRANTED.

22   Dated:  June 3, 2008

23

24

25                              Mary Jo Levinger
26                              Judge of the Superior Court

27

28

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
**191 N. First Street**
**San Jose, CA  95113-1090**

**(ENDORSED)**
**FILED**
JUN 0 4 2008

KIRI TORRE
Chief/Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

TO:   Charles Michael O'Connor
      Ofc US Attorney
      PO BOX 36055
      San Francisco,  CA 94102

RE:  Montara Water And Sanitary District, A Public Agency vs County Of San Mateo
Case Nbr:  1-07-CV-088793

**PROOF OF SERVICE**

ORDER RE:MOTION FOR LEAVE TO INTERVENE IN PENDING ACTION

was delivered to the parties listed below in the above entitled case as set
forth in the sworn declaration below.

Parties/Attorneys of Record:

CC: Christine C Fitzgerald , Herman H. Fitzgerald Law Offic
        345 Lorton Avenue, Suite 302, Burlingame, CA 94010
    David E Schricker , David E Schricker Law Office
        20370 Town Center Lane, Cupertino, CA 95014
    Thomas F. Casey III, County Counsel - San Mateo Co.
        400 County Center, 6th Fl, Hall Of Justice & Records, Redwood City, CA 9

If you, a party represented by you, or a witness to be called on behlaf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or the Voice/TDD California Relay Service, (800)735-2922.

DECLARATION OF SERVICE BY MAIL: I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on 06/04/08.  KIRI TORRE, Chief Executive Officer/Clerk by Shelly Mitchell, Deputy