1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
5  San Francisco, California 94102-3495
   Tel: (415) 436-7180
6  Fax: (415) 436-6748

7  Attorneys for Intervenor United States of America

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 MONTARA WATER AND SANITARY     )
   DISTRICT,                      )   No. C 08-02814 BZ
12                                )
                  Plaintiff,      )
13                                )
          v.                      )   PROOF OF SERVICE
14                                )
   COUNTY OF SAN MATEO, a political)
15 subdivision of the State of California; and )
   Does 1 to 20, inclusive,       )
16                                )
                  Defendants.     )
17 _____ )
                                  )
18 THE UNITED STATES OF AMERICA,  )
                                  )
19                Intervenor.     )
                                  )
20
       The undersigned hereby certifies that she is an employee of the Office of the United States
21
   Attorney for the Northern District of California and is a person of such age and discretion to be
22
   competent to serve papers. The undersigned further certifies that on June 5, 2008 she caused a copy
23
   of:
24
           Notice Of Removal filed on June 5, 2008;
25
           Order Setting Initial Case Management Conference and ADR Deadlines filed on June
26         5, 2008; Standing Orders for Magistrate Judge Zimmerman; Standing Order For All
           Judges of the Northern District of California;
27
           Notice of Assignment Of Case To A United States Magistrate Judge For Trial;
28         Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed

PROOF OF SERVICE
Montara Water and Sanitary District v.
County of San Mateo et al., C 08-02814 BZ          1

1         Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

2         ECF Registration Information Handout;

3         Welcome To The U.S. District Court, San Francisco; and

4         Proof of Service

to be served upon the person at the place and address stated below, which is the last known address:

> Herman H. Fitzgerald
> Christine C. Fitzgerald
> Law Offices of Herman H. Fitzgerald
> 345 Lorton Avenue, Suite 302
> Burlingame, California 94010
> Tel: (650) 348-5195
> Fax: (650) 348-3518
>
> David E. Schricker
> Law Offices of David E. Schricker
> 20370 Town Center Lane, Suite 100
> Cupertino, California 95014
> Tel: (408) 517-9923
> Fax: (408) 252-5906
>         Attorneys for Plaintiff Montara Water and Sanitary District
>
> Thomas F. Casey III, County Counsel
> David A. Levy, Deputy County Counsel
> Hall of Justice and Records
> 400 County Center, 6th Floor
> Redwood City, California 94063
> Tel: (650) 363-4756
> Fax: (650) 363-4034
>         Attorneys for Defendant County of San Mateo

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June 2008 at San Francisco, California.

ELSIE SATO
Paralegal Specialist

PROOF OF SERVICE
Montara Water and Sanitary District v.
County of San Mateo et al., C 08-02814 BZ    2