```
 1  HERMAN H. FITZGERALD, #33131
    CHRISTINE C. FITZGERALD, #131531
 2  LAW OFFICES OF HERMAN H. FITZGERALD
    A Professional Corporation
 3  345 Lorton Avenue, Suite 302
    Burlingame, CA 94010
 4  Telephone: (650) 348-5195
    Facsimile:  (650) 348-3518
 5  fitzgeraldlaw@sbcglobal.net
 6
 7  DAVID E. SCHRICKER, #36534
    LAW OFFICES OF DAVID E. SCHRICKER
 8  20370 Town Center Lane, Suite 100
    Cupertino, CA 95014
 9  Phone:     (408) 517-9923
    Facsimile: (408) 252-5906
10  dschricker@schrickerlaw.com        *Exempt From Filing Fees Pursuant*
                                       *To Government Code section 6310*
11
12  Attorneys For Plaintiff
    MONTARA WATER AND SANITARY DISTRICT
13
14              UNITED STATES DISTRICT COURT
15
          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
16
17  MONTARA WATER AND SANITARY        )  No.  CV 08 2814 JF
    DISTRICT, a public agency,         )
18                                     )
                                       )  **RE-NOTICE OF MOTION**
19         Plaintiff,                  )  **TO REMAND REMOVED ACTION TO**
                                       )  **SUPERIOR COURT OF CALIFORNIA,**
20  v.                                 )  **COUNTY OF SANTA CLARA**
                                       )
21  COUNTY OF SAN MATEO, a political   )        Hearing:
    subdivision of the State of California; and Does  )
22  1 to 20, inclusive,                )  Date: September 19, 2008
                                       )  Time: 9:00 a.m.
23         Defendants.                 )  Dept.: Hon. Jeremy Fogel
                                       )
24  _____    )
                                       )
25                                     )
    THE UNITED STATES OF AMERICA,      )
26                                     )
           Intervenor.                 )
27  _____    )
28
```

C 08-2814 JF                                1
RE-NOTICE OF MOTION TO REMAND REMOVED ACTION TO STATE COURT

1  TO THE DEFENDANT/INTERVENOR AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 19, 2008 at the hour of 9:00 a.m. or as soon

thereafter as counsel may be heard in the Department of the Honorable Jeremy Fogel, Judge of The

United States District Court For The Northern District of California, San Jose Division, located at

280 S. 1st Street, San Jose, California, Plaintiff Montara Water And Sanitary District will move the

Court for an *Order to Remand Removed Action To The Superior Court of the State of California,

County of Santa Clara*. In connection therewith, Plaintiff filed its "Notice of Motion and Motion to

Remand Removed Action to Superior Court of California, County of Santa Clara; Memorandum of

Points and Authorities" in related case no. CV 08-02814 BZ, San Francisco Division, before

assigned Magistrate Judge Bernard Zimmerman, and set to be heard on September 3, 2008;

however, pursuant to this Court's *Related Case Order* issued June 24, 2008 by the Honorable Judge

Jeremy Fogel, case no. CV 08-02814 BZ was determined to be related to the above-captioned case

and, therefore, has been reassigned to Judge Fogel. Specifically, the Order provides, in pertinent

part, that " . . . . any dates for hearing noticed motions are vacated and must be re-noticed by the

moving party before the newly assigned judge; . . . ". Consequently, and pursuant to said Order, the

September 3, 2008 hearing date for Plaintiff's Motion in related case no. CV 08-02814 BZ is

vacated, and Plaintiff moving party herein re-notices said Motion as hereinabove stated.

Dated:  July 7, 2008

                                    LAW OFFICES OF HERMAN H. FITZGERALD
                                    A PROFESSIONAL CORPORATION


                                By:_____
                                   CHRISTINE C. FITZGERALD
                                   Attorneys for Plaintiff

ReNtc Mtn Remand SJ3.doc