|  |  |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | CHARLES M. O'CONNOR (SBN 56320)<br>Assistant United States Attorney |

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7180
Facsimile:    (415) 436-6748
Email:         charles.oconnor@usdoj.gov

Attorneys for Intervenor United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MONTARA WATER AND SANITARY DISTRICT, | ) | No. C 08-2814 JF (RS) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND (PROPOSED)** |
| | ) | **ORDER TO CONTINUE CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive, | ) | CMC |
| | ) | |
| Defendants. | ) | Former Date: September 19, 2008 |
| | ) | New Date:     October 17, 2008 |
| | ) | Time:             10:30 a.m |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Ctrm:             No. 3 |
| Intervenor. | ) | |

 IT IS HEREBY STIPULATED by and among the parties that the initial Case Management Conference, currently set for September 19, 2008, may be continued to October 17, 2008, at 10:30 a.m. in Courtroom No. 3.

                                                Respectfully submitted,

                                                LAW OFFICES OF HERMAN H. FITZGERALD


                                                /s/    Herman H. Fitzgerald
Dated: August 26, 2008                          _____
                                                HERMAN H. FITZGERALD
                                                Attorneys for Plaintiff

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 08-2814 JF (RS)

|   |   |
|---|---|
|   | MICHAEL P. MURPHY<br>County Counsel |
| Dated: August 26, 2008 | /s/   David A. Levy<br>―――――――――――――――<br>DAVID A. LEVY, Deputy<br>GLENN M. LEVY, Deputy |
|   | Attorneys for Defendant |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: August 26, 2008 | /s/   Charles M. O'Connor<br>―――――――――――――――<br>CHARLES M. O'CONNOR<br>Assistant United States Attorney |
|   | Attorneys for Intervenor |

### **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.  The initial Case Management Conference will be conducted on October 17, 2008, at 10:30 a.m. in Courtroom No. 3.  The parties' Case Management Statement shall be filed on or before October 3, 2008.

Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE