**E-filed 8/28/08**

1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, 9th Floor
5        San Francisco, California 94102-3495
         Telephone:   (415) 436-7180
6        Facsimile:   (415) 436-6748
         Email:       charles.oconnor@usdoj.gov
7
   Attorneys for Intervenor United States of America
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                   SAN JOSE DIVISION
11

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT, | No. C 08-2814 JF (RS) |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive, | CMC |
| Defendants. | Former Date: September 19, 2008<br>New Date:    October 17, 2008<br>Time:        10:30 a.m |
| UNITED STATES OF AMERICA, | Ctrm:        No. 3 |
| Intervenor. | |

21      IT IS HEREBY STIPULATED by and among the parties that the initial Case

22 Management Conference, currently set for September 19, 2008, may be continued to October 17,

23 2008, at 10:30 a.m. in Courtroom No. 3.

24                                  Respectfully submitted,

25                                  LAW OFFICES OF HERMAN H. FITZGERALD

26
                                    /s/    Herman H. Fitzgerald
27 Dated: August 26, 2008           _____
                                    HERMAN H. FITZGERALD
28                                      Attorneys for Plaintiff

STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 08-2814 JF (RS)

MICHAEL P. MURPHY
County Counsel

Dated: August 26, 2008

/s/    David A. Levy

DAVID A. LEVY, Deputy
GLENN M. LEVY, Deputy

Attorneys for Defendant

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 26, 2008

/s/    Charles M. O'Connor

CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for Intervenor

### **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. The initial Case Management Conference will be conducted on October 17, 2008, at 10:30 a.m. in Courtroom No. 3. The parties' Case Management Statement shall be filed on or before October 3, 2008.

Dated: __8/28_____, 2008

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE