JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:       charles.oconnor@usdoj.gov

Attorneys for Intervenor United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Montara Water and Sanitary District,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive,<br><br>            Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>            Intervenor. | No. C 08-2814 JF (RS)<br><br>**ORDER DENYING MOTION TO REMAND REMOVED ACTION**<br><br>(Proposed) |

    This matter came on for hearing this date of the plaintiff's motion to remand the removed action to Superior Court of California, County of Santa Clara, and the Court, having reviewed the papers submitted in support of and opposition to the motion and heard the arguments of counsel, and being fully advised in the premises,

    IT IS HEREBY ORDERED that the motion is denied.

Dated: September___, 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE