1  HERMAN H. FITZGERALD, #33131
   CHRISTINE C. FITZGERALD, #131531
2  LAW OFFICES OF HERMAN H. FITZGERALD
   A Professional Corporation
3  345 Lorton Avenue, Suite 302
4  Burlingame, CA 94010
   Telephone: (650) 348-5195
5  Facsimile:  (650) 348-3518
6  fitzgeraldlaw@sbcglobal.net

7  DAVID E. SCHRICKER, #36534
   LAW OFFICES OF DAVID E. SCHRICKER
8  20370 Town Center Lane, Suite 100
   Cupertino, CA 95014
9  Phone:    (408) 517-9923
   Facsimile: (408) 252-5906
10 dschricker@schrickerlaw.com    *Exempt From Filing Fees Pursuant*
11                                *To Government Code section 6310*

12 Attorneys For Plaintiff
   MONTARA WATER AND SANITARY DISTRICT
13

14                UNITED STATES DISTRICT COURT
15
           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
16

17 MONTARA WATER AND SANITARY      )    No.  CV 08 2814 BZ
   DISTRICT, a public agency,      )
18                                 )    **WITHDRAWAL OF RE-NOTICE OF**
                                   )    **MOTION AND MOTION TO REMAND**
19        Plaintiff,               )    **REMOVED ACTION TO SUPERIOR**
                                   )    **COURT OF CALIFORNIA, COUNTY OF**
20 v.                              )    **SANTA CLARA**
                                   )
21 COUNTY OF SAN MATEO, a political)
   subdivision of the State of California; and Does )    Hearing:
22 1 to 20, inclusive,             )
                                   )    Date: September 19, 2008
23                                 )    Time: 9:00 a.m.
         Defendants.               )    Dept.: Hon. Jeremy Fogel
24 _____  )
                                   )
25 THE UNITED STATES OF AMERICA,   )
                                   )
26                                 )
         Intervenor.               )
27 _____  )

28
   C 07-03176 JF                    1
   **WITHDRAWAL OF RE-NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION TO STATE COURT**

TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD:

Plaintiff Montara Water And Sanitary District withdraws its Re-Notice of Motion and Motion to Remand Action to Superior Court of California, Count of Santa Clara, pursuant to Civil Local Rules, Northern District of California, Civil L.R. 7-7(e), presently set to be heard September 19, 2008.

Dated: September 4, 2008

          LAW OFFICES OF HERMAN H. FITZGERALD
          A PROFESSIONAL CORPORATION

          By: _____
              HERMAN H. FITZGERALD
              Attorneys for Plaintiff

WithdrawalReNtc Mtn Remand doc