```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney                          **E-Filed 10/7/08**
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:        charles.oconnor@usdoj.gov

Attorneys for Intervenor United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor. | No. C 08-2814 JF (RS)<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC<br><br>Current Date:  October 17, 2008<br>Proposed Date: December 19, 2008<br>Time:          10:30 a.m<br><br>Ctrm:   No. 3, Hon. Jeremy Fogel |

A case management conference for this case is currently set for October 17, 2008. Each of the parties in this case have now noticed the hearing of a motion which would be dispositive of the case for October 31, 2008. Given the hearing date for these motions, a case management conference conducted before the Court hears and rules on each of those motions would not be as productive for the Court and parties as such a conference conducted afterward. Therefore, the parties join in this request to continue that case management conference to a later date.

//

//

1   This Court granted one prior 28-day extension of the date for the initial case management
2   conference because of the then-pending motion for remand case to the California Superior Court
3   for the County of Santa Clara.  That matter has been resolved and granting this request to
4   continue the case management conference should not significantly delay the ultimate resolution
5   of this matter.
6   IT IS HEREBY STIPULATED by and among the parties that the initial Case
7   Management Conference, currently set for October 17, 2008 may be continued to December 12,
8   2008 at 10:30 a.m. in Courtroom No. 3.

                                        Respectfully submitted,

                                        LAW OFFICES OF HERMAN H. FITZGERALD


Dated: October 6, 2008                  /s/ Herman H. Fitzgerald
                                        HERMAN H. FITZGERALD
                                            Attorneys for Plaintiff



                                        MICHAEL P. MURPHY
                                        County Counsel


Dated:  October 6, 2008                  /s/ David A. Levy
                                        DAVID A. LEVY, Deputy
                                        GLENN M. LEVY, Deputy

                                            Attorneys for Defendant

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |

Dated: October 6 , 2008        /s/ Charles M. O'Connor
                               CHARLES M. O'CONNOR
                               Assistant United States Attorney

                               Attorneys for Intervenor

### ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.  The initial Case Management Conference will be continued to December 19, 2008, at 10:30 a.m. in Courtroom No. 3.  The parties' Case Management Statement shall be filed on or before December 12, 2008.

Dated: October 7 , 2008

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE