JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (SBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:        charles.oconnor@usdoj.gov

Attorneys for Intervenor United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT, | No. C 08-2814 JF (RS) |
| Plaintiff, | **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS and [~~Proposed~~] ORDER** |
| v. | |
| COUNTY OF SAN MATEO, a political subdivision of the State of California; and DOES 1 to 20, inclusive, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Intervenor. | |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial at this time because in May 2008, the parties participated in a full day mediation session with the assistance of the Hon. Zerne P. Haning, III, JAMS mediator. The parties do not believe further

1  ADR participation will aid resolution of the matter.  Further, given the substance of the action
2  and the lack of any potential middle ground, additional ADR procedures will only serve to
3  multiply the proceedings and unnecessarily tax court resources.
4       Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from
5  the ADR Multi-Option Program and that they be excused from participating in the ADR phone
6  conference and any further formal ADR process.

7      Respectfully submitted,

8      LAW OFFICES OF HERMAN H. FITZGERALD

9

10 Dated: October 14, 2008     /s/
11     HERMAN H. FITZGERALD
    Attorneys for Plaintiff

12

13     MICHAEL P. MURPHY
    County Counsel
14

15
Dated: October 14, 2008     /s/
16     DAVID A. LEVY, Deputy
    GLENN M. LEVY, Deputy
17
    Attorneys for Defendant
18

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 14 , 2008           /s/
                                   CHARLES M. O'CONNOR
                                   Assistant United States Attorney

                                   Attorneys for Intervenor

## ORDER

PURSUANT TO THE FOREGOING REQUEST AND TO ADR L.R. 3-3(c), IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

Dated: October 14, 2008

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE