1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)          **E-Filed 2/24/09**
   Chief, Civil Division
3  CHARLES M. O'CONNOR (SBN 56320)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7180
6      Facsimile:   (415) 436-6748
       Email:       charles.oconnor@usdoj.gov
7
   Attorneys for Intervenor United States of America
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 MONTARA WATER AND SANITARY      )  No. C 08-2814 JF (RS)
   DISTRICT,                        )
13                                  )
              Plaintiff,            )
14                                  )  **STIPULATION AND (PROPOSED)**
           v.                       )  **ORDER TO CONTINUE CASE**
15                                  )  **MANAGEMENT CONFERENCE**
   COUNTY OF SAN MATEO, a political )
16 subdivision of the State of California; and )
   DOES 1 to 20, inclusive,         )
17                                  )
              Defendants.           )  Current Date:   February 27, 2009
18 _____  )  Proposed Date:  March 20, 2009
                                    )  Time:           10:30 a.m
19 UNITED STATES OF AMERICA,        )
                                    )  Ctrm:           No. 3, Hon. Jeremy Fogel
20            Intervenor.           )
   _____  )

21     A further case management conference for this case is currently set for February 27, 2009.

22 Counsel for the Intervenor has a previously scheduled settlement conference on that date, and

23 therefore, has asked the other parties who join in this request to continue that case management

24 conference to a later date.

25     This Court granted two previous extensions for the initial case management conference in

26 this matter, the first one for 28 days and the second for 62 days.  The initial case management

27 conference was ultimately conducted on December 19, 2008.  Each of the parties have a motion

28 for summary judgment pending, and the Court has taken those motions under submission.

STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
C 08-2814 JF (RS)                        1

1   Granting this request to continue the case management conference should not
2   significantly delay the ultimate resolution of this matter.
3   IT IS HEREBY STIPULATED by and among the parties that the further case
4   management conference, currently set for February 27, 2009 may be continued to March 20,
5   2009 at 10:30 a.m. in Courtroom No. 3.

Respectfully submitted,

LAW OFFICES OF HERMAN H. FITZGERALD

Dated: February 17, 2009            /s/ Christine C. Fitzgerald
                                    CHRISTINE C. FITZGERALD

                                    Attorneys for Plaintiff Montara Water and
                                    Sanitary District


                                    MICHAEL P. MURPHY
                                    County Counsel


Dated: February 17, 2009             /s/ David A. Levy
                                    DAVID A. LEVY, Deputy
                                    GLENN M. LEVY, Deputy

                                    Attorneys for Defendant San Mateo County

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
C 08-2814 JF (RS)                       2

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: February 17, 2009 | /s/ Charles M. O'Connor<br>CHARLES M. O'CONNOR<br>Assistant United States Attorney |
| | Attorneys for Intervenor United States |

### ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. The further case management conference will be continued to March__, 2009, at 10:30 a.m. in Courtroom No. 3, on the 5th Floor, United States District Court, 280 S. First Street, San Jose, CA.

Dated: February 23, 2009

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE